**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00049-CR

**MELVIN LEE VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-60500-T**

## ORDER

By letter dated July 10, 2015, we notified appellant that he had until September 8, 2015 to file a pro se response to the *Anders* brief filed by counsel. The Court now has before it appellant's August 3, 2015 request for a thirty-day extension of time to file the response.

We GRANT the extension request. Appellant's pro se response is due by **OCTOBER 8, 2015**. No further extensions will be granted. If the pro se response is not received by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Melvin Vaughn, TDCJ No. 1964957, Wayne Scott Unit, 6999 Retrieve Road, Angleton, Texas 77515.

/s/      ADA BROWN
          JUSTICE